IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIA BLAIR BERZANSKE,<br><br>Defendant. | Case No. 1:18-CR-00013-TMB-MMS-2<br><br>**FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY** |

Upon Defendant's request to enter a guilty plea pursuant to Rule 11 of the Federal Rules of Criminal Procedure to Count 1 and 2 of the Indictment, this matter was referred to the Magistrate Judge by the District Court.

Thereafter, the matter came on for a hearing on Defendant's guilty plea, in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge, in open court and on the record. A written consent of Defendant, counsel for Defendant, and counsel for the United States was subsequently filed at Docket 55 consenting to the Magistrate Judge presiding over the Proposed Change of Plea Hearing.

In consideration of that hearing and the allocution made by the Defendant under oath on the record and in the presence of counsel, and the remarks of the Assistant United States Attorney,

United States v. Berzanske
1:18-cr-00013-TMB-MMS-2
Final R&R re Plea of Guilty
Page 1
Case 1:18-cr-00013-TMB-MMS   Document 56   Filed 05/10/19   Page 1 of 4

A.  I make the following FINDNGS – that the Defendant understands:

1. That any false statements made by the Defendant under oath may later be used against her in a prosecution for perjury;

2. The right to persist in a plea of not-guilty;

3. The consequence of not being a United States citizen;

4. The nature of the charges against her;

5. The loss of certain federal benefits because the charges include a drug crime;

6. The maximum possible sentence, including imprisonment, fine, and the effect of the supervised release term;

7. Any applicable mandatory minimum penalty;

8. Restitution is not applicable in this case;

9. The Court's obligation to impose a special assessment;

10. Any applicable forfeiture;

11. The right to a speedy and public trial by jury;

12. The right to be represented by counsel – and if necessary to have the court appoint counsel- at trial, and at every other stage of the proceedings;

13. The right to confront and cross-examine adverse witnesses, to be protected from compelled self-incrimination, to testify and present evidence, and to compel the attendance of witnesses;

14. The Defendant's waiver of trial rights if the Court accepts a guilty plea or nolo contendere; and

15. That in determining a sentence, the court's obligation to calculate the applicable sentencing guideline range pursuant to the Sentencing Guidelines promulgated by the United States Sentencing Commission, and to consider that range, possible departures under the Sentencing Guidelines, and possible variances pursuant to the sentencing factors under 18 U.S.C. §3553(a).

B. **I further FIND that:**

1. The Defendant is competent to enter a plea;

2. That the plea of guilty by the Defendant has been knowingly and voluntarily made and is not the result of force, threats, or coercion; and

3. That there is a factual basis for the Defendant's plea.

C. I RECOMMEND that the District Court accept the Defendant's plea of guilty to the Indictment which charges Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A) Drug Conspiracy, and Title 21, United States Code, Section 841(a)(1), (b)(1)(A) Possession with Intent to Distribute Methamphetamine of the Indictment.

IT IS FURTHER ORDERED:

D. A Presentence Report be prepared.

1. Any objection(s) to the presentence report shall be filed no later than fourteen (14) days after receiving the presentence report pursuant to Fed. R. Crim. P. 32(f)(1);

2. Any sentencing memorandum shall be filed no later than seven (7) business days prior to sentencing pursuant to D.Ak. LCrR 32.1(d).

The Sentencing hearing will be before United States District Judge Timothy M. Burgess. The court excludes time from April 24, 2019 until the time of sentencing pursuant to 18 U.S.C.

§3161(h)(1)(G) on the ground that the District Judge will be considering the proposed plea agreement.

DATED this 10th day of May, 2019, at Anchorage, Alaska.

*s/ Matthew M. Scoble*
MATTHEW M. SCOBLE
United States Magistrate Judge

This Report and Recommendation is being issued as a Final Report and Recommendation. Pursuant to Fed. R. Crim P. 59(b)(3), any objections will be considered by the District Court Judge who will accept, reject, or modify the recommendation following de novo review. Any objections must be filed within fourteen (14) days from the date of service of this Report and Recommendation.